UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony E. Wood, et al.,

Plaintiffs,

vs.

Yellow Freight System, Inc., et al.,

Defendants.

Civil 00-2257 JMR/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 24, 2000, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that plaintiffs' motion for a temporary restraining order without notice is DENIED.

DATED: November 27th 2000.

JUDGE JAMES M. ROSENBAUM
United States District Court

FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK