UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2257(JMR/FLN)

Anthony E. Wood et al. )
)
v. ) ORDER
)
Yellow Freight System et al. )

This matter is before the Court on defendants' request for an award of reasonable attorney fees and costs, pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Based on the files, records, and proceedings herein, IT IS ORDERED THAT:

Defendants are awarded $4,000.00 in attorney fees and costs. Plaintiffs Anthony Wood, Perry Eaton, Gary Delaney, Robert Lindbom, Charles Greene, and Greg Murphy shall be jointly and severally liable for that amount.

Dated: March 5th, 2001

JAMES M. ROSENBAUM
United States District Judge

MAR 5 2001
FILED ... OSAL, CLERK
FR...
JUD... TD
DEP... ERK